MONETA H. HEWETT, as Administratrix, etc., of CLINTON B. HEWETT, Deceased, Respondent, v. THEODORE VAN ORDER, Appellant.— Judgment unanimously affirmed, with costs.

EMMA M. STOCK and Others, Appellants, v. WILLIAM DUNHAM MANN and Others, Defendants; NATHAN RICHMAN, Respondent.— Order unanimously affirmed, with costs.

In the Matter of the Application of JENNIE McCARTHY and Others, Appellants, for the Judicial Construction of the Last Will and Testament of MARGARET LUND-RIGAN, Deceased. THOMAS J. DUNNE, as Executor, etc., and Others, Respondents. — Decree unanimously affirmed, with costs to the respondents payable out of the estate.

BERTHA KOSSAR, an Infant, by HARRY KOSSAR, Her Guardian ad Litem, Respondent, v. MANA BERMAN, Appellant, and Another, Defendant.— Judgment unanimously affirmed, with costs.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH SPRAGUE, Appellant.— Judgment of conviction unanimously affirmed.

CYRUS C. DERRY, Respondent, Appellant, v. ELMIRA WATER, LIGHT AND RAILROAD COMPANY, Appellant, Respondent.— Order denying motion to set aside verdict and for new trial affirmed, with ten dollars costs and disbursements. Order granting motion for new trial on the ground of newly-discovered evidence reversed on the law and facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs.

MAURICE KORUPP, Respondent, v. GUSTAVE LECOQ, Appellant.— Judgment unanimously affirmed, with costs.

OMER D. SCRUM and Another, Appellants, v. WALTER DAVIS, Respondent.— Judgment unanimously affirmed, with costs. [141 Misc. 46.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK DOMINICK and BENJAMIN CASERTINO, Appellants.— Judgments of conviction unanimously affirmed.

In the Matter of the Petition of ADA L. PHILLIPS, Respondent, to Modify Judgment of Divorce between ADA L. PHILLIPS and FREDERICK B. PHILLIPS, Appellant.— PER CURIAM. The decree contains no provision for alimony, and no reservation for any such provision. It became final when entered, and there is no authority now under the statute for modifying it. All concur. Order reversed on the law and facts, and motion denied, without costs.

MAX WETTENSTEIN and Another, Respondents, v. AUGUSTINE FEOLA and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. Opinion Per Curiam. (Not to be published because not of general interest.) All concur.

ANNA DIODATO, an Infant, by JOSIO DIODATO, Her Guardian ad Litem, Respondent, v. THE CARL COMPANY, Appellant.— Judgment and order reversed on the law and new trial granted, with costs to the appellant to abide the event. Opinion by Rhodes, J. (Not to be published because not of general interest.) All concur, except McNamee, J., who dissents, with a memorandum, (Not to be published because not of general interest.)